WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DONNA GREENLEE**,                                              Case No. 3:11-00014-JE

      Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security**,

      Defendant.

      Attorney fees in the amount of $6,336.79 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

      DATED this 12th day of September, 2012.

                                                     /s/ John Jelderks
                                                    United States Magistrate Judge

Submitted on September 11, 2012, by:

s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1