WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**DONNA GREENLEE**,                                        Case No. 3:11-cv-14-JE

         Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security**,

         Defendant.

---

         Attorney fees in the amount of $14,845.25 are hereby awarded to Plaintiff's attorney pursuant

to 42 U.S.C. § 406(b).  The court finds this is a reasonable fee.  Previously, this court awarded

$6,336.79, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  When issuing

the § 406(b) check, the agency is directed to subtract the amount previously awarded under the

EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of

$8,508.46, minus any user fee.  Any amount withheld (including the EAJA fee offset) after all

administrative and court attorneys fees are paid should be released to the claimant.

         DATED this 15th day of  April            , 2013.


                                              /s/ John Jelderks
                                              United States XXXXXX/ Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff


ORDER - Page 1